BC



**FILED**
9/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LJ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Jeffrey Eisenberg

(full name of plaintiff or petitioner)

vs.

United Airlines, Inc.

(full name of defendant(s) or respondent(s))

1:25-cv-10890
Judge Robert W. Gettleman
Magistrate Judge Laura K. McNally
RANDOM / Cat. 2

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

Case number: New filing in US District Court

**Federal Civil Action Initiation**
Exercise right of federal removal from DOL pursuant to §1514A 18 U.S.C.A. (b)(1)(B) and clarified further in 29 C.F.R. § 1980.114

*(OALJ Case# 2025-SOX-00027)*

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✔] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. *Are you employed?*
   [ ] Yes   Name and address of employer: _____
           Total amount of monthly take-home pay: _____
   [✔] No   Date(s) of last employment: 9/2/2024   Last monthly take-home pay: 18033

2. *If married, is your spouse employed?*   [✔] Not married
   [ ] Yes   Name and address of spouse's employer: _____
           Total amount of spouse's monthly take-home pay: _____
   [ ] No   Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

taken

3. *Other sources of income/money:*  For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

|  | (*list the 12-month total for each*) |
|---|---|
| Self-employment, business, or profession: | $ de minimus |
| Income from interest or dividends: | $ 0 |
| Income from rent payments: | $ 0 |
| Pensions, annuities, or life insurance: | $ 0 |
| Disability or worker's compensation: | $ 0 |
| Gifts (including deposits into any accounts in your name): | $ de minimus |
| Unemployment, public assistance, or welfare: | $ Less than $3,000 to date |
| Settlements or judgments (include any that are expected): | $ 0 to date |
| **Any other source of money**: | $ No/ Not at the moment |

Under noncompete through 9/2/25, sporadic expert calls on general industry taken

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ✔ Yes ☐ No   If yes, how much? Currently less than $1,000

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ✔ No

    If yes, list each item of property and state its approximate value:

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ✔ No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations*: List any amounts you owe to others:

    Capital One ~$4K

    Wells Fargo -- Typically < $500 at a time, personal "working capital"

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*

    United Airlines had me sign a non-compete in Sept. 2023 as part of my promotion to MD.

    United also blacklisted me not only within United but reserved a right to notify "related entities"

    I applied to roles anyway to stay in minds of other industry colleagues

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

9/5/2025    *Jeffrey Eisenberg*
            —————————————————
            *Applicant's signature*
            Jeffrey Eisenberg
            —————————————————
            *Printed name*